# UNITED STATES DISTRICT COURT

for the

District of Oregon

**ORIGINAL**

FILED 10 MAR '14 14:47 USDC-ORP

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. **'14-MJ-033** |
| Lamar Sheron Rogers, | ) | |
| aka Sheron Lamar Rogers | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     __Lamar Sheron Rogers, aka Sheron Lamar Rogers__                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

An individual on an aircraft in the special jurisdiction of the United States who, by assaulting or intimidating a flight crew member or flight attendant, interferes with the performance of the duties of the member or attendant or lessens the ability of the member or attendant to perform those duties.

Date:     __03/05/2014__

_____
*Issuing officer's signature*

City and state:     __Portland, Oregon__     __John V. Acosta, U.S. Magistrate Judge__
*Printed name and title*

### Return

This warrant was received on *(date)* __3-5-14__, and the person was arrested on *(date)* _____

at *(city and state)*     __Date__

Arrested By FBI.

Date:     _____

U.S. Marshal                __Arresting officer's signature__

By __CM Bennett__

_____
*Printed name and title*