UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA

v.

SHERON LAMAR ROGERS,

Defendant.

Case No. 3:14-cr-00115-mo

INDICTMENT

49 U.S.C. § 46504

THE GRAND JURY CHARGES:

## COUNT 1
### Interference with Flight Crew Members and Attendants

On or about March 4, 2014, in the District of Oregon, **SHERON LAMAR ROGERS,**

defendant herein, on an aircraft in the special aircraft jurisdiction of the United States, namely

Southwest Airlines Flight 1010, FAA Registration number N360SW, traveling from Seattle to

Sacramento, did knowingly interfere with the performance of the duties of a flight crew member

and flight attendants of the aircraft, and lessen the ability of the members or attendants to

perform those duties, by intimidating the flight attendants or flight crew member specifically by engaging in threatening, belligerent, and tumultuous behavior;

All in violation of Title 49, United States Code, Section 46504.

Dated this \9 day of March 2014.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon

ETHAN D. KNIGHT, OSB # 992984
Assistant United States Attorney
(503) 727-1000