BILLY J. WILLIAMS, OSB #901366
Acting United States Attorney
District of Oregon
**ETHAN D. KNIGHT, OSB #99298**
Assistant United States Attorney
ethan.knight@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:14-CR-00115-MO |
| v. | |
| **SHERON LAMAR ROGERS,** | **MOTION FOR ORDER FOR DISMISSAL OF INDICTMENT** |
| **Defendant.** | |

The United States of America, by Billy J. Williams, Acting United States Attorney for

the District of Oregon, and through Ethan D. Knight, Assistant United States Attorney, moves

this Court for an order dismissing the Indictment in the above-captioned case for the reason that

defendant has fulfilled all requirements set forth in his Pretrial Diversion Agreement.

Dated this 30th day of July 2015.

Respectfully submitted,

BILLY J. WILLIAMS
Acting United States Attorney

*s/ Ethan D. Knight*
ETHAN D. KNIGHT, OSB #99298
Assistant United States Attorney