UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA                                3:14-CR-00115-MO

v.

SHERON LAMAR ROGERS,                                    ORDER FOR DISMISSAL
                                                        OF INDICTMENT

Defendant.

On motion of the government,

IT IS HEREBY ORDERED that the Indictment in this case is dismissed for the reason

that defendant has complied with the conditions set forth in his Pretrial Diversion Agreement

during his period of pretrial supervision (7/30/14-7/30/15).

Dated this _31_ day of _July_ 2015.

_____
MICHAEL W. MOSMAN
United States District Judge

Presented by:

BILLY J. WILLIAMS, OSB #901366
Acting United States Attorney

_s/ Ethan D. Knight_
ETHAN D. KNIGHT, OSB #99298
Assistant United States Attorney